## SHELTON v. STATE.
### No. 25520.

Court of Criminal Appeals of Texas.
Nov. 28, 1951.

## SHELTON v. STATE.
### No. 25522.

Court of Criminal Appeals of Texas.
Nov. 28, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

836

GRAVES, Presiding Judge.

Appellant was tried before the court upon a plea of guilty to the offense of burglary, and his punishment was assessed at confinement in the state penitentiary for 12 years.

The evidence fully sustains the conviction. The record is before us without any bills of exception complaining of matters of procedure.

The judgment of the trial court is affirmed.